IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY SHUMATE and<br>ALISA SHUMATE<br>    Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | | NO. 13-6610 |
| BRIAN MATURO;<br>MICHAEL VOETELINK;<br>PENNSYLVANIA STATE POLICE and<br>COMMONWEALTH OF PENNSYLVANIA<br>    Defendants. | :<br><br><br>: | |

## **ORDER**

AND NOW, this 15th day of October, 2014, upon consideration of Defendants' Motion to Dismiss (Doc. No. 4) and Plaintiffs' Response thereto (Doc. No. 6), it is hereby ORDERED that said Motion is GRANTED with regard to Plaintiffs' federal claim. It is further ORDERED that this Court declines to exercise supplemental jurisdiction over Plaintiffs' state law claims and the same are hereby DISMISSED WITHOUT PREJUDICE to raise them in state court.

BY THE COURT:

/s/ C. Darnell Jones, II

_____
C. Darnell Jones, II      J.